■ PHOTOVISION INTERNATIONAL, INC., et al., Appellants-Respondents, v DONALD O. THAYER, JR., et al., Respondents-Appellants. [652 NYS2d 575] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Kehoe, J. (Appeals from Order of Supreme Court, Monroe County, Kehoe, J.—Summary Judgment.) Present—Green, J. P., Pine, Callahan, Doerr and Davis, JJ.